Same case below, 422 Fed. Appx. 553.

**No. 11-7322. Johnny Draughn, Petitioner v. United States.**

565 U.S. 1100, 132 S. Ct. 863, 181 L. Ed. 2d 563, 2011 U.S. LEXIS 8837.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 11-7323. Junious C. Morgan, Petitioner v. United States.**

565 U.S. 1100, 132 S. Ct. 864, 181 L. Ed. 2d 563, 2011 U.S. LEXIS 8988.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 437 Fed. Appx. 354.

**No. 11-7329. Tyrone Roswell Davis, Petitioner v. United States.**

565 U.S. 1100, 132 S. Ct. 864, 181 L. Ed. 2d 563, 2011 U.S. LEXIS 8943.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 11-277. Ohio, Petitioner v. D.B.**

565 U.S. 1100, 132 S. Ct. 846, 181 L. Ed. 2d 563, 2011 U.S. LEXIS 8866.

December 12, 2011. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the Supreme Court of Ohio denied.

Same case below, 129 Ohio St. 3d 104, 950 N.E.2d 528.

**No. 11-434. Stewart Mortensen, Petitioner v. Robert A. Brown, et al.**

565 U.S. 1100, 132 S. Ct. 847, 181 L. Ed. 2d 563, 2011 U.S. LEXIS 8991.

December 12, 2011. Motion of ACA International for leave to file a brief as amicus curiae granted. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 51 Cal. 4th 1052, 126 Cal. Rptr. 3d 428, 253 P.3d 522.

**No. 11-436. Frank W. Kenniasty, Petitioner v. Bionetics Corporation.**

565 U.S. 1100, 132 S. Ct. 848, 181 L. Ed. 2d 563, 2011 U.S. LEXIS 9008.

December 12, 2011. Motion of respondent for attorney's fees pursuant to Rule 42.2 denied. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 69 So. 3d 943.

**No. 11-575. Joseph P. Carson, Petitioner v. United States Office of Special Counsel.**

565 U.S. 1101, 132 S. Ct. 857, 181 L. Ed. 2d 563, 2011 U.S. LEXIS 8952,

December 12, 2011. Motion of Lori A. Saxon, et al. for leave to file a brief as amici curiae granted. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 633 F.3d 487.